UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAWIT HABTEGIORGIS, a married individual,<br><br>    Plaintiff,<br><br>    v.<br><br>OIC OF WASHINGTON; OIC OF AMERICA, INC.; HENRY BEAUCHAMP; and MULUGETA BEYENE,<br><br>    Defendants. | NO. CV-08-3077-RHW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

Before the Court is Plaintiff's Motion for Entry of Stipulated Protective Order (Ct. Rec. 27). The motion was heard without oral argument and on an expedited basis.

Plaintiff seeks the entry of a Stipulated Protective Order that is intended to protect Plaintiff's health and medical information. The Court finds that good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Entry of Stipulated Protective Order (Ct. Rec. 27) is **GRANTED**.

2. Plaintiff's Motion to Expedite (Ct. Rec. 32) is **GRANTED**.

3. The Stipulated Protective Order (Ct. Rec. 30-2) is hereby entered in the above-captioned case.

///

///

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** ~ 1

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 22nd day of December, 2009.

           *s/Robert H. Whaley*
          ROBERT H. WHALEY
          United States District Judge

Q:\CIVIL\2008\Habtegiorgis\protord.wpd

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER ~ 2**